THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARINE CARPENTERS PENSION FUND, | CASE NO. C19-1085-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VIGOR INDUSTRIAL, LLC, an Oregon limited liability company; VIGOR SHIPYARDS, INC., a Delaware corporation; and VIGOR MARINE, LLC, an Oregon limited liability company, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for leave to amend its complaint (Dkt. No. 19). Defendants have said that they do not oppose Plaintiff's motion. (*See* Dkt. No. 21 at 1–2.) The Court construes Defendants' statement as consent for Plaintiff to amend its complaint. Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 19). *See* Fed. R. Civ. P. 15(a)(2) (allowing a party to amend its pleading with the opposing party's written consent). Plaintiff's must file an amended complaint within 21 days of this order.

//

//

MINUTE ORDER
C19-1085-JCC
PAGE - 1

DATED this 18th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk